1 | David H. Tollner, Esq. [SBN 138315]
dtollner@tollnerlawoffices.com
Sarah Fairchild, Esq. [SBN 238469]
sfairchild@tollnerlawoffices.com
Marc Buller, Esq. [SBN 111286]
mbuller@tollnerlawoffices.com
Nida Siddiqui [SBN 315199]
nsiddiqui@tollnerlawoffices.com
**TOLLNER LAW OFFICES**
1570 The Alameda, Ste. 216
San Jose, CA 95126
Phone: (408) 286-3081
Fax: (408) 689-1002

Attorneys for Plaintiffs A.L. and JOSEPH LAIN

MARK E. DAVIS-BAR NO. 79936
**DAVIS, BENGTSON & YOUNG APLC**
1960 The Alameda, Suite 210
San Jose, CA, 95126
Phone: 669.245.4200
Fax: 408.985.1814
Email: mdavis@dby-law.com

Attorneys for Defendant PLEASANTON UNIFIED SCHOOL DISTRICT

Michael C. Wenzel, State Bar No. 215388
Amy Leifur Halby, State Bar No. 287216
Mika J. Frisk, State Bar No. 305139
**BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:     mwenzel@bfesf.com
           ahalby@bfesf.com
           mfrisk@bfesf.com

Attorneys for Defendant CONTRA COSTA COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.L. a minor child, by and through her Guardian Ad Litem JOSEPH LAIN,<br><br>    Plaintiffs,<br><br>v.<br><br>PLEASANTON UNIFIED SCHOOL DISTRICT, a local education agency; CONTRA COSTA COUNTY OFFICE OF EDUCATION, a local educational agency; and DOES 1 to 25,<br><br>    Defendants. | Case No. 3:22-cv-03036-CRB<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Case Management Conference<br>Date: April 28, 2023<br>Time: 8:30 a.m.<br>Place: San Francisco Courthouse<br><br>**Hon. Charles R. Breyer** |

1

STIPULATION TO EXTEND TIME TO RESPOND TO SAC & REQUEST TO CONTINUE CMC
Case No.: 3:22-cv-03036-CRB

The parties in the above-captioned matter, by and through their counsel of record, hereby represent to the Court as follows:

On February 24, 2023, Plaintiffs A.L. and JOSEPH LAIN filed their Second Amended Complaint in the United States District Court, Northern District of California in this matter. (Dckt. No. 49).

Defendants PLEASANTON UNIFIED SCHOOL DISTRICT and CONTRA COSTA COUNTY OFFICE OF EDUCATION were served with Plaintiffs' Second Amended Complaint on February 24, 2023. Defendants' Response to the Second Amended Complaint was originally due on March 10, 2023 pursuant to Rule 15(a)(3).

On March 6, 2023, the Parties submitted a stipulation extending Defendants' time to respond to Plaintiffs' Second Amended Complaint to April 19, 2023 as the parties worked towards addressing this matter in Mediation scheduled for March 29, 2023. (Dckt. No. 50).  On March 7, 2023, the Court granted the Parties' Stipulation. (Dckt. No. 51).

A. <u>STIPULATION TO EXTEND TIME FOR DEFEENDANTS TO FILE A RESPONSE</u>

On March 29, 2023, the Parties engaged in mediation. The parties did not reach a resolution at the mediation, but have jointly agreed to participate in second day of mediation with the same mediator. The Mediator's earliest availability is May 3, 2023.

In an effort to preserve judicial resources and work amicably towards mediating this matter, Plaintiffs are agreeable to an extension for Defendants to file a responsive pleading to their Second Amended Complaint to May 17, 2023, two weeks following mediation.

Therefore, the Parties hereby stipulate and agree that the time within which Defendants may file and serve a response to the Second Amended Complaint shall be extended from the current response date of April 19, 2023 to May 17, 2023, pursuant to Northern District of California Civil Local Rule 6-1(a).

B. <u>JOINT REQUEST TO THE COURT TO CONTINUE THE CMC</u>

The Parties also desire to utilize the time prior to the next mediation session to work towards negotiations and respectfully request the Court continue the April 28, 2023 Case Management

Conference (CMC) to May 19, 2023. This extension will only alter the CMC date and its corresponding joint statement due date. Accordingly, the Parties also submit their CMC Statement in the event the Court does not grant their request to continue the Case Management Conference. As noted in their CMC statement, the parties will engage in developing a discovery plan after the second mediation session if this matter were not to resolve on or before mediation on May 3, 2023.

Therefore, the Parties hereby stipulate and agree that the April 28, 2023 CMC be continued to May 19, 2023, pursuant to Northern District of California Civil Local Rule 6-1(b).

IT IS SO STIPULATED, REQUESTED, AND AGREED.

Dated:  April 14, 2023                    TOLLNER LAW OFFICES


                                          By:  /s/ Nida Siddiqui
                                               Nida Siddiqui
                                               Attorneys for Plaintiffs
                                               A.L. and JOSEPH LAIN


Dated:  April 14, 2023                    DAVIS, BENGTSON & YOUNG APLC


                                          By:  /s/ Mark E. Davis
                                               Mark E. Davis
                                               Attorneys for Defendant
                                               PLEASANTON UNIFIED SCHOOL DISTRICT

Dated:  April 14, 2023                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


                                          By:  /s/ Amy Leifur Halby
                                               Amy Leifur Halby
                                               Attorneys for Defendant
                                               CONTRA COSTA COUNTY OFFICE OF
                                               EDUCATION

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this stipulation as /s/.

Dated: April 14, 2023                                By:    /s/ Nida Siddiqui
                                                                       Nida Siddiqui

**[~~PROPOSED~~] ORDER**

Pursuant to the joint stipulation and for good cause shown, Defendants' response to Plaintiffs' Second Amended Complaint in to the above-captioned action is due on or before May 17, 2023.

Pursuant to the Parties' Joint Request and for good cause shown, the Case Management Conference is continued to ~~May 19, 2023 at 8:30 am.~~ September 22, 2023 at 8:30 a.m. A Joint Case Management Statement due by 9/15/2023.

IT IS SO ORDERED.

DATED: April 17, 2023          Signed: _____
                                       Honorable Charles R. Breyer
                                       UNITED STATES DISTRICT JUDGE